UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY EDWARDS,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>YANKTON FEDERAL PRISON CAMP,<br>WARDEN HERIBERTO TELLEZ,<br><br>　　　　　　Respondents. | 4:19-CV-04072-LLP<br><br><br>ORDER FOR SERVICE |

Petitioner, Timothy Edwards, an inmate at the Yankton Federal Prison Camp, in Yankton, South Dakota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court directs the petition in this case be served and that a response be filed. Accordingly,

IT IS ORDERED that:

(1) petitioner's motion to proceed in forma pauperis is granted. Petitioner shall pay the $5.00 filing fee to the clerk of court by May 6, 2019.

(2) the Clerk of Court shall serve upon respondent and the United States Attorney for the District of South Dakota a copy of the petition and this order;

(3) within 21 days after service, respondent is directed to show cause why a writ pursuant to 28 U.S.C. § 2241 should not be granted;

(4) petitioner may file a reply within 14 days of service of the respondent's response.

DATED this 5th day of April, 2019.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge